10:00 AM

## PROCEEDING MEMO

Date: October 19, 2016

In re: Daniel W. Schar and Jill C. Schar

Bankruptcy No. 16-22238-CMB
Chapter 7
Doc. # 39

Appearances:   Julie Stiedl, D; Jana Pail, T.

**Movant(s):**  ~~Joshua I. Goldman~~

**Respondent(s):**  ~~Christopher M. Frye; Pamela J. Wilson~~

**Creditor(s):**

**Nature of Proceeding:** Motion for Relief from Stay by Specialized Loan Servicing, LLC

**Additional Pleadings:** #39 Certificate of Service

**Judge's Notes:**

**Outcome:**

_____ Motion is GRANTED  _____ Order entered

_____ Motion is DENIED  _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED  _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED  _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER:  _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

_____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

Debtor has no objection.

Motion for Relief from Stay Granted.

CNO not filed. Case called twice. No one appeared on behalf of Movant.

FILED
10/20/16 11:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge