# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jill C. Schar<br>Daniel W. Schar<br>    Debtors<br><br>Specialized Loan Servicing LLC,<br>its successors and/or assigns<br>    Movant<br>  v.<br>Jill C. Schar<br>Daniel W. Schar<br>    Respondents<br>  and<br>Pamela J. Wilson Esq., Trustee<br>    Additional Respondent | BK. NO. 16-22238 CMB<br><br>CHAPTER 7<br>Related to Docket #___39___ |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

  AND NOW, this 19th day of October 2016, at Pittsburgh, upon Motion of Specialized Loan Servicing LLC, it is

  **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 306 4th Street, California, PA 15419 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

                    _____
                     United States Bankruptcy Judge

FILED
10/20/16 11:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Daniel W. Schar
Jill C. Schar
    Debtors

Case No. 16-22238-CMB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Oct 20, 2016
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2016.
db/jdb      +Daniel W. Schar,   Jill C. Schar,   124 Alexander Drive,   McMurray, PA 15317-2671

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2016 at the address(es) listed below:
        Alexandra Teresa Garcia   on behalf of Creditor   The Huntington National Bank ecfmail@mwc-law.com
        Ann E. Swartz   on behalf of Creditor   The Huntington National Bank ecfmail@mwc-law.com
        Celine P. DerKrikorian   on behalf of Creditor   The Huntington National Bank ecfmail@mwc-law.com
        Christopher M. Frye   on behalf of Debtor Daniel W. Schar chris.frye@steidl-steinberg.com,
         julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com
        Christopher M. Frye   on behalf of Joint Debtor Jill C. Schar chris.frye@steidl-steinberg.com,
         julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com
        Edward T. Harvey   on behalf of Creditor   Brentwood Bank eharvey@hrslaw.com, dscott@hrslaw.com
        Jeniece D. Davis   on behalf of Creditor   Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com
        Joshua I. Goldman   on behalf of Creditor   Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Pamela J. Wilson   pwilson@epiqtrustee.com, pwilson@ecf.epiqsystems.com
                                                                                                                                            TOTAL: 10