IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Daniel W. Schar | ) | Case No. 16-22238 CMB |
| Jill C. Schar, | ) | Chapter 7 |
|    Debtor(s) | ) | Document No. |
| | ) | |
| Daniel W. Schar | ) | |
| Jill C. Schar, | ) | |
|    Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ameriserv Financial Bank, | ) | |
|    Respondent(s) | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO AVOID JUDGMENT LIEN ENCUMBERING DEBTORS' REAL PROPERTY**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Avoid Judgment Lien Encumbering Debtors' Real Property filed on October 11, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Avoid Judgment Lien Encumbering Debtors' Real Property appears thereon. Pursuant to the Notice of Hearing, objections for Motion to Avoid Judgment Lien Encumbering Debtors' Real Property were to be filed and served no later than October 28, 2016.

    It is hereby respectfully requested that the Order attached to the Motion to Avoid Judgment Lien Encumbering Debtors' Real Property be entered by the Court.

                                                            Respectfully submitted,

October 31, 2016                        /s/ Christopher M. Frye
DATE                                       Christopher M. Frye, Esquire
                                               Attorney for the Debtor

                                               STEIDL & STEINBERG
                                               Suite 2830, Gulf Tower
                                               707 Grant Street
                                               Pittsburgh, PA 15219
                                               (412) 391-8000
                                               Chris.frye@steidl-steinberg.com
                                               PA I.D. No. 208402