40461BEW ZCS

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:   Jill C. Schar and Daniel W. Schar, Debtor(s)

Bankruptcy Case No: 16-22238
Related to Document #
Chapter: 7

## CERTIFICATE OF SERVICE

I, Jeniece D. Davis, Esquire, attorney for Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor

**CERTIFY:**

That I am at least 18 years of age:

That on November 04, 2016, I served a copy of the within Order on Motion for Relief for filed in this proceeding on:

**Pamela J. Wilson**
**Christopher M. Frye, Esquire**
**Jill C. Schar and Daniel W. Schar**
**United States Trustee**

On the Respondent(s) in this proceeding, by regular first class mail, postage prepaid, deposited with the United States Postal Service at the following addresses(es):

**Pamela J. Wilson**
**810 Vermont Avenue**
**Pittsburgh, PA 15234**

**Christopher M. Frye, Esquire, Attorney for Debtor(s)**
**Suite 2830 Gulf Tower**
**707 Grant Street**
**Pittsburgh, PA 15219**

**Jill C. Schar and Daniel W. Schar, Debtor(s)**
**124 Alexander Drive**
**McMurray, PA 15317**

**Office of the United States Trustee**
**Suite 970**
**1001 Liberty Avenue**
**Pittsburgh, PA 15222**

**I certify under penalty of perjury that the foregoing is true and correct.**

**Executed on: November 04, 2016**                                              **/S/Jeniece D. Davis**
                                                                                                           **Jeniece D. Davis, Esquire**