UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jill C. Schar and Daniel W. Schar | : | BANKRUPTCY NO. 16-22238 |
| | : | |
| Seterus, Inc., as the authorized subservicer | : | CHAPTER 7 |
| for Federal National Mortgage Association | : | Related to: |
| ("Fannie Mae"), creditor | : | Docket No..  42 |
| (movant) | : | |
| v. | : | **ENTERED BY DEFAULT** |
| Jill C. Schar and Daniel W. Schar | : | |
| (respondent) | : | |
| Pamela J. Wilson | | |
| (additional respondent) | | |

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

This  2nd  day of  Nov.  , 2016, after notice and hearing, it is **ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the automatic stay imposed by 11 U.S.C. Rule 362.

Movant shall, within five (5) days hereof, serve a copy of the within order on parties of interest and file a certificate of service.

*Carlota M. Böhm*
United States Bankruptcy Judge    kmt

Jeniece D. Davis, Esquire
Martha E. Von Rosenstiel, P.C.
649 South Avenue, Unit 6
P.O. Box 307
Secane, PA 19018

FILED
11/2/16 10:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Jill C. Schar and Daniel W. Schar
124 Alexandar Drive
McMurray, PA 15317

Christopher M. Frye, Esquire
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Pamela J. Wilson
810 Vermont Avenue
Pittsburgh, PA 15234

Office of the U.S. Trustee
1001 Liberty Center, Suite 970
Pittsburgh, PA 15222

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Daniel W. Schar  
Jill C. Schar  
      Debtors

Case No. 16-22238-CMB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Nov 02, 2016  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2016.  
db/jdb         +Daniel W. Schar,   Jill C. Schar,   124 Alexander Drive,   McMurray, PA 15317-2671

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2016 at the address(es) listed below:

       Alexandra Teresa Garcia    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com  
       Ann E. Swartz    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com  
       Celine P. DerKrikorian    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com  
       Christopher M. Frye    on behalf of Debtor Daniel W. Schar chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com  
       Christopher M. Frye    on behalf of Joint Debtor Jill C. Schar chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com  
       Edward T. Harvey    on behalf of Creditor    Brentwood Bank eharvey@hrslaw.com, dscott@hrslaw.com  
       Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jeniece@mvrlaw.com, bonnie@mvrlaw.com  
       Joshua I. Goldman    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Pamela J. Wilson    pwilson@epiqtrustee.com, pwilson@ecf.epiqsystems.com  
                                                                             TOTAL: 10