IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Daniel W. Schar ) | Case No. 16-22238 CMB |
| Jill C. Schar, ) | Chapter 7 - Related to: |
| Debtor(s) ) | Document No.   45 |
| ) | |
| ) | **ENTERED BY DEFAULT** |
| ) | |
| ) | |
| Daniel W. Schar, ) | |
| Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| CACH, LLC, ) | |
| Respondent(s) ) | |

### ORDER OF COURT

AND NOW, to wit, this ___2nd___ day of ___November___, 2016, it is hereby ORDERED, ADJUDGED, and DECREED, that pursuant to 11 U.S.C. §522(f)(1)(A) and 11 U.S.C. §522(f)(2)(A), the judgment lien held by the Respondent, CACH, LLC, against the Movant at Washington County County case number 2015-06955 in the amount of $11,976.03 is a avoided unless this case is dismissed prior to discharge being entered, at which point the judgment lien is reinstated.

_____
Honorable Carlota M. Böhm     kmt
U.S. Bankruptcy Judge

FILED
11/2/16 10:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 16-22238-CMB
Daniel W. Schar                                                                         Chapter 7
Jill C. Schar
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe                    Page 1 of 1              Date Rcvd: Nov 02, 2016
                              Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2016.
db/jdb         +Daniel W. Schar,   Jill C. Schar,   124 Alexander Drive,   McMurray, PA 15317-2671

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com
              Christopher M. Frye    on behalf of Debtor Daniel W. Schar chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
              Christopher M. Frye    on behalf of Joint Debtor Jill C. Schar chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
              Edward T. Harvey    on behalf of Creditor    Brentwood Bank eharvey@hrslaw.com, dscott@hrslaw.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Joshua I. Goldman    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Pamela J. Wilson    pwilson@epiqtrustee.com, pwilson@ecf.epiqsystems.com
                                                                                              TOTAL: 10