IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
                                                )
Daniel W. Schar                                 )       Case No. 16-22238 CMB
Jill C. Schar,                                  )       Chapter 7  - Related to:
    Debtor(s)                )       Document No.   47
                                                )
                                                )       **ENTERED BY DEFAULT**
                                                )
                                                )
Daniel W. Schar                                 )
Jill C. Schar,                                  )
    Movant(s)                )
                                                )
    vs.                      )
                                                )
Ameriserv Financial Bank,                       )
    Respondent(s)            )

## ORDER OF COURT

AND NOW, to wit, this ____2nd____ day of ____November____, 2016, it is

hereby ORDERED, ADJUDGED, and DECREED, that pursuant  to 11 U.S.C.

§522(f)(1)(A) and 11 U.S.C. §522(f)(2)(A), the judgment lien held by the Respondent,

Ameriserv Financial Bank, against the Movants at Washington County County case

number 2015-06170 in the amount of $48,713.93 is a voided unless this case is

dismissed prior to discharge being entered, at which point the judgment lien is reinstated.

_____
Honorable Carlota M. Bohm          **kmt**
U.S. Bankruptcy Judge

FILED
11/2/16 10:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-22238-CMB
Daniel W. Schar                                                           Chapter 7
Jill C. Schar
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe          Page 1 of 1          Date Rcvd: Nov 02, 2016
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2016.
db/jdb          +Daniel W. Schar,    Jill C. Schar,    124 Alexander Drive,    McMurray, PA 15317-2671

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com
          Ann E. Swartz    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com
          Celine P. DerKrikorian    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com
          Christopher M. Frye    on behalf of Debtor Daniel W. Schar chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com
          Christopher M. Frye    on behalf of Joint Debtor Jill C. Schar chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com
          Edward T. Harvey    on behalf of Creditor    Brentwood Bank eharvey@hrslaw.com,  dscott@hrslaw.com
          Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
           jeniece@mvrlaw.com,  bonnie@mvrlaw.com
          Joshua I. Goldman    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Pamela J. Wilson    pwilson@epiqtrustee.com,  pwilson@ecf.epiqsystems.com
                                                                                       TOTAL: 10