**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JILL C. SCHAR | BK. No. 16-22238 CMB |
| DANIEL W. SCHAR | |
| Debtors | Chapter No. 7 |
| | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET LOAN OBLIGATION TRUST 2007-WF1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-WF1 | Document No. |
| | Hearing Date: December 13, 2016 |
| | Hearing Time: 1:30 PM |
| Movant | |
| v. | Objection Date: November 28, 2016 |
| JILL C. SCHAR | |
| DANIEL W. SCHAR | |
| and | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | |
| Respondents | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION FROM RELIEF OF AUTOMATIC STAY OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET LOAN OBLIGATION TRUST 2007-WF1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-WF1 FOR PERSONAL PROPERTY**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **November 28, 2016**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **December 13, 2016 at 1:30 PM** before Judge Carlota M. Bohm, Courtroom B on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service:  November 7, 2016

/s/ James A. Prostko, Esquire
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com