IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JILL C. SCHAR<br>DANIEL W. SCHAR<br>　　　　　　　　Debtors<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET LOAN OBLIGATION TRUST 2007-WF1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-WF1<br>　　　　　　　　Movant<br>v.<br>JILL C. SCHAR<br>DANIEL W. SCHAR<br>　　　　　　and<br>RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)<br>　　　　　　　　Respondents | BK. No. 16-22238 CMB<br><br>Chapter No. 7<br><br>Document No.<br><br>Hearing Date: December 13, 2016<br><br>Hearing Time: 1:30 PM<br><br>Objection Date: November 28, 2016 |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Motion of **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET LOAN OBLIGATION TRUST 2007-WF1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-WF1** for Relief from the Automatic Stay and Notice of Hearing by first-class mail or by electronic means on November 7, 2016.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)<br>SUITE 3250, USX TOWER, 600 GRANT STREET<br>PITTSBURGH, PA 15219 | DANIEL W. SCHAR<br>124 ALEXANDER DRIVE<br>MCMURRAY, PA 15317 |
| CHRISTOPHER FRYE, ESQUIRE<br>SUITE 2830 GULF TOWER, 707 GRANT STREET<br>PITTSBURGH, PA 15219 | JILL C. SCHAR<br>124 ALEXANDER DRIVE<br>MCMURRAY, PA 15317 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>1001 LIBERTY AVENUE, SUITE 970<br>PITTSBURGH, PA 15222 | |

　　　　　　　　　　　　　　　　　　　　/s/ James A. Prostko, Esquire
　　　　　　　　　　　　　　　　　　　　James A. Prostko, Esq., Id. No.27221
　　　　　　　　　　　　　　　　　　　　Phelan Hallinan Diamond & Jones, LLP
　　　　　　　　　　　　　　　　　　　　Omni William Penn Office Tower
　　　　　　　　　　　　　　　　　　　　555 Grant Street, Suite 300
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　Phone Number: 215-563-7000 Ext 31501
　　　　　　　　　　　　　　　　　　　　Fax Number: 215-568-7616
　　　　　　　　　　　　　　　　　　　　Email: james.prostko@phelanhallinan.com