# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| JILL C. SCHAR | BK. No. 16-22238 CMB |
| DANIEL W. SCHAR | |
| **Debtors** | Chapter No. 7 |
| | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET LOAN OBLIGATION TRUST 2007-WF1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-WF1 | Related to Document No. 63 |
| | Hearing Date: December 13, 2016 |
| **Movant** | Hearing Time: 1:30 PM |
| v. | |
| JILL C. SCHAR | Objection Date: November 28, 2016 |
| DANIEL W. SCHAR | |
| and | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | |
| **Respondents** | |

**CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELATED TO DOCUMENT NO. 63**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on November 7, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than November 21, 2016.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

Dated: December 5, 2016

/s/ James A. Prostko, Esquire
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| JILL C. SCHAR | : | BK. No. 16-22238 CMB |
| DANIEL W. SCHAR | : | |
| Debtors | : | Chapter No. 7 |
| | : | |
| DEUTSCHE BANK NATIONAL TRUST | : | Related to Document No. 63 |
| COMPANY, AS TRUSTEE FOR HSI ASSET LOAN | : | |
| OBLIGATION TRUST 2007-WF1, MORTGAGE | : | Hearing Date: December 13, 2016 |
| PASS-THROUGH CERTIFICATES, SERIES 2007- | : | |
| WF1 | : | Hearing Time: 1:30 PM |
| Movant | : | |
| v. | : | Objection Date: November 28, 2016 |
| JILL C. SCHAR | : | |
| DANIEL W. SCHAR | : | |
| and | : | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on December 5, 2016.

The types of service made on the parties were: <u>Electronic Notification and First Class Mail</u>.

Service by Electronic Notification
RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
SUITE 3250, USX TOWER, 600 GRANT STREET
PITTSBURGH, PA 15219

Service by First Class Mail
DANIEL W. SCHAR
631 LIBERTY STREET
CALIFORNIA, PA 15419-1213

CHRISTOPHER FRYE, ESQUIRE
SUITE 2830 GULF TOWER, 707 GRANT STREET
PITTSBURGH, PA 15219

JILL C. SCHAR
124 ALEXANDER DRIVE
CANONSBURG, PA 15317-2671

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service: electronic means or first class mail

/s/ James A. Prostko, Esquire
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com