IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JILL C. SCHAR<br>DANIEL W. SCHAR<br>　　　　　　　Debtors | BK. No. 16-22238 CMB<br><br>Chapter No. 7 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET LOAN OBLIGATION TRUST 2007-WF1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-WF1<br>　　　　　　　Movant<br>　　v.<br>JILL C. SCHAR<br>DANIEL W. SCHAR<br>　　　　　and<br>RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)<br>　　　　　　　Respondents | Related to:<br>Document No. 63<br><br>Hearing Date: December 13, 2016<br><br>Hearing Time: 1:30 PM<br><br>Objection Date: November 28, 2016<br><br>**ENTERED BY DEFAULT** |

### ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 7th day of December, 2016, upon Motion of **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET LOAN OBLIGATION TRUST 2007-WF1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-WF1** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, **631 LIBERTY STREET, CALIFORNIA, PA 15419-1213** as more fully set forth in the legal description attached to said deed, as to allow the Movant to proceed with the recording of the deed and to evict Debtor and any occupants and allow Movant to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further;

**ORDERED** that any future filings or refilings, singularly or jointly by the Debtors or any occupants will not act as a stay against Movant, its successors or assignees, from exercising its/their rights to take immediate legal action for the enforcement of its/their right to possession of the premises, located at **631 LIBERTY STREET, CALIFORNIA, PA 15419-1213.**

_Carlota M. Böhm_   kmt
CARLOTA M. BÖHM
UNITED STATES BANKRUPTCY JUDGE

FILED
12/7/16 8:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Daniel W. Schar
Jill C. Schar
        Debtors

Case No. 16-22238-CMB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe                 Page 1 of 1                  Date Rcvd: Dec 07, 2016
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
db/jdb         +Daniel W. Schar,    Jill C. Schar,    124 Alexander Drive,    McMurray, PA 15317-2671

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2016 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    The Huntington National Bank ecfmail@mwc-law.com
              Christopher M. Frye    on behalf of Joint Debtor Jill C. Schar chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
              Christopher M. Frye    on behalf of Debtor Daniel W. Schar chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
              Edward T. Harvey    on behalf of Creditor    Brentwood Bank eharvey@hrslaw.com, dscott@hrslaw.com
              James A. Prostko    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               HSI Asset Loan Obligation Trust 2007-WF1, Mortgage Pass-Through Certificates, Series 2007-WF1
               pawb@fedphe.com,    james.prostko@phelanhallinan.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
               jeniece@mvrlaw.com,    bonnie@mvrlaw.com
              Joshua I. Goldman    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Pamela J. Wilson    pwilson@epiqtrustee.com,    pwilson@ecf.epiqsystems.com
                                                                                             TOTAL: 11